McGREGOR W. SCOTT
United States Attorney
SHERRILL A. CARVALHO
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>NATASHA MARSHALL,<br><br>            Defendant.<br>_____ | ) Cr. F. 96-5207 REC<br>)<br>) STIPULATION FOR CONTINUANCE AND<br>) ORDER<br>)<br>)<br>)<br>)<br>)<br>) |

    IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Sherrill A. Carvalho, Assistant U.S. Attorney and Allen Bloom, attorney for defendant, Natasha Marshall, that the government's response to defendant's motion currently due in the above-captioned matter on or before January 23, 2007 be continued to February 12, 2007.

    The date for the hearing on the motions will remain on February 26, 2007 at 9:00 a.m. in Courtroom Three.

///

///

///

///

The defense does not oppose this request.

Dated: January 18, 2007              Respectfully submitted,

                                     McGREGOR W. SCOTT
                                     United States Attorney


                                By:  /s/ Sherrill A. Carvalho
                                     SHERRILL A. CARVALHO
                                     Assistant U.S. Attorney

Dated: January 18, 2007              /s/ Allen Bloom
                                     ALLEN BLOOM
                                     Attorney for Defendant

McGREGOR W. SCOTT
United States Attorney
SHERRILL A. CARVALHO
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.F. 96-5207 REC |
| ) | |
| Plaintiff, ) | ORDER REGARDING PARTIES' |
| ) | STIPULATION AND REQUEST FOR |
| ) | CONTINUANCE OF FILING OF MOTIONS |
| v. ) | |
| ) | |
| NATASHA MARSHALL, ) | |
| ) | |
| ) | DATE: February 26, 2007 |
| ) | TIME: 9:00 a.m. |
| Defendant. ) | PLACE: Courtroom Three |
| ) | HON. Oliver W. Wanger |
| _____) | |

On January 18, 2007, the parties lodged a stipulation to continue the filing of motions. Upon due consideration of the written stipulation of the parties and the record herein, the Court issues the following order:

The date for filing of the government's response is continued until February 12, 2007.  The date for the hearing on the motions remains on February 26, 2007 at 9:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

**Dated:   January 18, 2007**           **/s/ Oliver W. Wanger**
emm0d6                                                UNITED STATES DISTRICT JUDGE