1

2

3

4

5                         IN THE UNITED STATES DISTRICT COURT

6                     FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8   UNITED STATES OF AMERICA,        )  No. Cr. F 96-05207 AWI
                                      )
9                  Plaintiff,         )  **ORDER REDUCING SENTENCE PURSUANT**
                                      )  **TO CRACK COCAINE AMENDMENT**
10       v.                           )
                                      )
11  NATASHA MARSHALL,                 )  **RETROACTIVE CRACK COCAINE**
                                      )  **REDUCTION CASE**
12                 Defendant.         )
                                      )
13  _____  )

14

15       The parties filed the following stipulation:

16

17       Defendant, NATASHA MARSHALL, by and through her attorney,

18  Assistant Federal Defender David M. Porter, and plaintiff, UNITED

19  STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney

20  Sherrill Anne Carvalho, hereby stipulate as follows:

21       1.   Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the

22  term of imprisonment in the case of a defendant who has been sentenced

23  to a term of imprisonment based on a sentencing range that has

24  subsequently been lowered by the Sentencing Commission pursuant to 28

25  U.S.C. § 994(o);

26       2.   The sentencing range applicable to Ms. Marshall was

27  subsequently lowered by the United States Sentencing Commission in

28  Amendment 706 by two levels;

3.    Accordingly, Ms. Marshall's sentencing range has been reduced from 36 to 34, and a sentence at the low end of the new guideline range would be 151 months;

4.    Because Ms. Marshall has already served a 151 month sentence, she is entitled to immediate release;

5.    Accordingly, the parties request the court enter the order lodged herewith reducing Ms. Marshall's term of imprisonment to time served, effective March 3, 2008.

Dated:  February 20, 2008

Respectfully submitted,

McGREGOR SCOTT                    DANIEL J. BRODERICK
United States Attorney            Federal Defender


 /s/ Sherrill Anne Carvalho         /s/ David M. Porter
SHERRILL ANNE CARVALHO            DAVID M. PORTER
Assistant U.S. Attorney          Assistant Federal Defender

Attorney for Plaintiff           Attorney for Movant
UNITED STATES OF AMERICA         NATASHA MARSHALL


    As per the above stipulation, IT IS SO ORDERED.


IT IS SO ORDERED.

**Dated:   February 22, 2008**          **/s/ Anthony W. Ishii**
                                   UNITED STATES DISTRICT JUDGE

ORDER TO REDUCE SENTENCE
                            -2-